# United States Bankruptcy Court
## Middle District of Tennessee

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nashville McLintock Transcription & Consulting Services, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-2929790** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7112 Sonya Dr.**<br>**Nashville, TN**<br>ZIP Code **37209** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Davidson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Nashville McLintock Transcription & Consulting Services, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Nashville McLintock Transcription & Consulting Services, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Roy C. DeSha, Jr.**
Signature of Attorney for Debtor(s)

**Roy C. DeSha, Jr. 6924**
Printed Name of Attorney for Debtor(s)

**DeSha Watson, PLLC**
Firm Name

**1106 18th Avenue South**
**Nashville, TN 37212**
_____
Address

**gcw@deshalaw.com     roy@deshalaw.com**
**(615) 369-9600 Fax: (615) 369-9613**
Telephone Number

**December 10, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Laura Miller**
Signature of Authorized Individual

**Laura Miller**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 10, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

NASHVILLE MCLINTOCK TRANSCRIPTION & CONSULTING SERVICES,I
7112 SONYA DR.
NASHVILLE TN 37209

ROY C. DESHA, JR.
DESHA WATSON, PLLC
1106 18TH AVENUE SOUTH
NASHVILLE, TN 37212

ADT SECURITY SERVICES, INC.
744 MELROSE AVE.
NASHVILLE TN 37211-2151

ADVANTA CORPORATION
625 W. RIDGE PIKE
BUILDING E, STE. 100 & STE. 105
CONSHOHOCKEN PA 19428

AMERICAN EXPRESS
P.O. BOX 981540
EL PASO TX 79998-1540

AMERICAN EXPRESS
C/O HOSTO BUCHAN PRATER & LAWRENCE
P.O. BOX 3397
LITTLE ROCK AR 72203-3397

AT&T
C/O ALLIANT LAW GROUP
P.O. BOX 468569
ATLANTA GA 31146

ATIBA SOFTWARE, LLC
1720 WEST END AVE., STE. 300
NASHVILLE TN 37203

BANK OF AMERICA
P.O. BOX 15184
WILMINGTON DE 19850-5184

BLANKENSHIP CPA GROUP, PLLC
109 WESTPARK DR., STE. 430
BRENTWOOD TN 37027

CAPITAL ONE
ATTN: GENERAL CORRESPONDENCE
P.O. BOX 30285
SALT LAKE CITY UT 84130-0285

CASIE CURTIS
7208 PRELUDE LANE
HUGHSON CA 95326

CATHERINE ABERNATHY
6467 PITCAIRN ST.
CYPRESS CA 90630

CHASE
P.O. BOX 15298
WILMINGTON DE 19850-5298

CITI GOLD
P.O. BOX 6500
SIOUX FALLS SD 57117

CITIBUSINESS
P.O. BOX 6235
SIOUX FALLS SD 57117-6235

DEBBIE PETERSON
5015 N. LOLO PASS WAY
MERIDIAN ID 83646

DICTRAN
194 N. 21ST ST., STE. 100
PURCELLVILLE VA 20132

FEDEX
P.O. BOX 660481
DALLAS TX 75266-0481

HEIDI EARL
213 MARINA LANE
WATERFORD CA 95386

HELEN CARRILLO
1233 E. ROWLAND AVE.
WEST COVINA CA 91790

HUBBARD, BERRY & HARRIS PLLC
201 4TH AVE. N., STE. 1420
NASHVILLE TN 37219

I.C. SYSTEM, INC.
444 HIGHWAY 96 EAST
P.O. BOX 64437
SAINT PAUL MN 55164-0437

JACKIE BERNAL
4710 W. 191ST ST.
TORRANCE CA 90503

JAMES FAY
506 2ND AVE.
MELBOURNE BEACH FL 32951

```
JAMES MCLINTOCK
1512 KELLY ST.
OCEANSIDE CA 92054

JULIEANN HUNTER
315 N. ASSOCIATED RD., # 1510
BREA CA 92821

KRISTIN PETWAY
7112 SONYA DR.
NASHVILLE TN 37209

KRYSTAL SAWYER
1337 AURORA ST.
MODESTO CA 95351

LARRY L. CRAIN, ESQ.
BRENTWOOD LAW OFFICES, LLC
5214 MARYLAND WAY, STE. 402
BRENTWOOD TN 37027

LAURA MILLER
7112 SONYA DRIVE
NASHVILLE TN 37209

LESLIE E. MILLER
C/O MARK FREEMAN, ATTY.
3100 WEST END AVE., STE. 240
NASHVILLE TN 37203

LILIANA ARCOS
1637 VETERAN AVE., #5
LOS ANGELES CA 90024

LOGICFORCE
150 4TH AVE. NORTH, STE. 1900
NASHVILLE TN 37219

MADELINE MILLER
4455 E. FICUS WAY
GILBERT AZ 85298

MARCY KIRKHART
11431 N. FRIAR DR.
HAYDEN ID 83835

MARIA MARROQUIN
1700 DUCKART WAY
MODESTO CA 95355

MARK S. AND SANDRA HUTCHINSON
C/O MARK T. FREEMAN, ATTY.
3100 WEST END AVE., STE. 240
NASHVILLE TN 37203
```

MARY MOYER
P.O. BOX 3117
CERES CA 95307

MAYRA ORTIZ
P.O. BOX 186
HUGHSON CA 95326

MELINDA HOGUE
10 GALENA WAY
NEVADA CITY CA 95959

OFFICE DEPOT
P.O. BOX 689020
DES MOINES IA 50368-9020

PATRICIA CHAPIN
12435 LITTLE DEER CREEK LANE
NEVADA CITY CA 95959

PITNEY BOWES
C/O RICHMOND NORTH ASSOCIATES, INC.
P.O. BOX 963
AMHERST NY 14226-0963

QWEST COMMUNICATIONS
C/O WEST ASSET MANAGEMENT
7171 MERCY ROAD
OMAHA NE 68106

ROBERTA MOYER
P.O. BOX 3117
CERES CA 95307

SCOTT D. WEISS
WEISS & WEISS
1900 CHURCH ST., STE. 301
NASHVILLE TN 37203

SHAWNA HARMON
26320 W. 93RD NORTH
MOUNT HOPE KS 67108

SHEILA MAURICE
16084 N. IRIS COURT
NINE MILE FALLS WA 99026

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
411 E. CANON PERDIDO ST., RM 3
SANTA BARBARA CA 93101

THE NEXUS GROUP
1661 MURFREESBORO PIKE
NASHVILLE TN 37217

```
U.S. AIRWAYS
4000 E. SKY HARBOR BLVD.
PHOENIX AZ 85034

UPS
P.O. BOX 650580
DALLAS TX 75265-0580

VICKIE HUNKER
2515 70TH ST.
LUBBOCK TX 79413
```